Troy Schostl
26359 Shady Pl
Merrifield, MN 56465

**RECEIVED
BY MAIL**

**OCT 27 2020**

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

US District Court

300 S. Fourth St. Suite 202

Minneapolis, MN 55415

SCANNED
OCT 27 2020
U.S. DISTRICT COURT MPLS

1024

55415

U.S. POSTAGE PAID
FCM LG ENV
BRAINERD, MN
56401
OCT 26, 20
AMOUNT
**$3.20**
R2305M149338-11

UNITED STATES
POSTAL SERVICE ®